# United States Bankruptcy Court

In RE: PETER F WINCAPAW, SR
BONITA M WINCAPAW
2663 FRIENDSHIP ROAD

WALDOBORO ME 04572

Case Number    **14-10130-**

SS #(1):   xxx-xx-9095
SS #(2):   xxx-xx-4475

## Outgoing Trustee's Report and Account

**Case Filed:**   2/28/2014    **Plan Confirmed:**   6/17/2014

**Report Prepared:**   10/01/2017

Pursuant to Chapter 13 Rule 2015(c), the trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements.

**RECEIPTS:  Amount paid to the trustee by or for the Debtor for benefit of Creditors.**                **$56,775.20**

| Distributions to Creditors<br>Creditor Name | Class | Payment<br>Authorized | Amount<br>Paid | Balance<br>Due |
|---|---|---|---|---|
| Discover Bank | Unsecured | 1,738.15 | 751.39 | $986.76 |
| Cavalry SPV I, LLC | Unsecured | 500.95 | 216.56 | $284.39 |
| American InfoSource LP | Unsecured | 1,452.32 | 627.84 | $824.48 |
| Beneficial Maine Inc. | Secured | 0.00 | | Withdrawn |
| Beneficial Maine Inc. | Unsecured | 7,270.77 | | Withdrawn |
| Internal Revenue Service | Priority | 2,854.40 | 2,854.40 | $0.00 |
| Internal Revenue Service | Unsecured | 585.03 | 252.90 | $332.13 |
| CHASE AUTO FINANCE | Secured | 13,069.72 | 10,752.72 | $2,317.00 |
| American InfoSource, agent for | Unsecured | 100.05 | 43.25 | $56.80 |
| Portfolio Recovery | Unsecured | 110.54 | 47.79 | $62.75 |
| Portfolio Recovery | Unsecured | 153.24 | 66.24 | $87.00 |
| Portfolio Recovery | Unsecured | 213.78 | 92.41 | $121.37 |
| Ocwen Loan Servicing, LLC | Secured | 36,607.95 | 36,607.95 | $0.00 |
| MIDLAND FUNDING, LLC | Secured | 0.00 | | Not Filed |
| MAINE MEDICAL CENTER | Unsecured | 0.00 | | Not Filed |
| MAINE SURGICAL CAR GROUP | Unsecured | 0.00 | | Not Filed |
| PEN BAY MEDICAL CENTER | Unsecured | 0.00 | | Not Filed |
| TD BANK | Unsecured | 0.00 | | Not Filed |
| THE BUREAUS INC. | Unsecured | 0.00 | | Not Filed |
| THE HOME DEPOT/CITIBANK, N.A. | Unsecured | 0.00 | | Not Filed |

INTERIM

SUMMARY OF CLAIMS ALLOWED AND PAID

| | Refund | Secured | Priority | Unsecured | Admin | Attorney | Continuing | | Other |
|---|---|---|---|---|---|---|---|---|---|
| Total Allowed | | $49,677.67 | $2,854.40 | $4,854.06 | $1,000.00 | $0.00 | $0.00 | $0.00 | $3,276.24 |
| Principal Paid | | $47,360.67 | $2,854.40 | $2,098.38 | $0.00 | $0.00 | $0.00 | $0.00 | $3,276.24 |
| Interest Paid | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| PETER J. LYNCH, ESQ. | 2,500.00 | 0.00 |

### COURT COSTS & OTHER EXPENSES OF ADMINISTRATION

| Trustee Notice Fees | Trustee's Expense & Compensation Fund | Court Notice Fees | Total Cost & Expense |
|---|---|---|---|
| 0.00 | 3,276.24 | 0.00 | 3,276.24 |

### SUMMARY

| | |
|---|---|
| Receipts - Amount Paid to Trustee by Debtor | 56,775.20 |
| Total Paid to Principal & Interest | 52,313.45 |
| Refund to Debtor | 0.00 |
| Paid to Debtor's Attorney | 0.00 |
| Court Cost & Other Expenses of Administration | 3,276.24 |
| Total Disbursements | 55,589.69 |
| Remaining Funds on Hand | 1,185.51 |

RECEIPTS:  Amount paid to the trustee by or for the Debtor for benefit of Creditors.

/s/ Peter C. Fessenden
Peter C. Fessenden
STANDING CHAPTER 13 TRUSTEE

/s/ Peter C. Fessenden, Standing Chapter 13 Trustee
Standing Chapter 13 Trustee
Post Office Box 429

Brunswick, ME 04011

Debtor(s):
PETER F WINCAPAW, SR
BONITA M WINCAPAW
2663 FRIENDSHIP ROAD
WALDOBORO, ME 04572

Debtor's Attorney:
PETER J. LYNCH, ESQ.

PO BOX K
WALDOBORO, ME 04572-